## Tom DUBOSE v. STATE.
### No. 13457.

Court of Criminal Appeals of Texas.
April 2, 1930.

Art Schlofman, of Dalhart, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

We find in the record neither statement of facts nor bills of exception. The indictment is in regular form, and is followed by the charge of the court, the judgment, and sentence. The exceptions to the charge appear to be without merit.

Finding no error in the record, the judgment will be affirmed.